1  STEVEN KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  (510) 637-3500

5  Counsel for Defendant JOSEPH ADROW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 16-0141 JST |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER CONTINUING DATE FOR |
| v. | ) CHANGE OF PLEA; EXCLUSION OF |
| | ) TIME |
| JOSEPH ADROW, | ) |
| Defendant. | ) |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the court date for Joseph Adrow, currently scheduled for August 5, 2016, at 9:30 a.m., may be continued to September 30, 2016, at 9:30 a.m. for change of plea. The reason for the request is that Mr. Adrow is being assessed for participation in the district's Conviction Alternative Program (CAP). According to United States pretrial services officer Kalisi Kupu, the results of a clinical assessment of Mr. Adrow has not yet been received. Once it is received, the pretrial services officer must then conduct a final CAP assessment which, according to Ms. Kupu, is more intensive and time consuming than the clinical assessment. Ms. Kupu therefore requests that court be continued by at least one month.

IT IS FURTHER STIPULATED THAT the time from August 5, 2016, to September 30, 2016,

be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for effective preparation so that the results of the clinical assessment can be received and the final CAP assessment be completed before the next court date.

DATED: 8/1/16   /s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 8/1/16   /s/
ZINZI BONILLA
Special Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date scheduled for August 5, 2016, is hereby continued to September 30, 2016, at 9:30 a.m. for change of plea.

IT IS FURTHER ORDERED THAT the time from August 5, 2016, to September 30, 2016, be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for effective preparation of counsel taking into consideration due diligence so that pretrial services can receive the clinical assessment of Mr. Adrow and conduct its CAP assessment prior to the change of plea date. The Court finds there is good cause and the ends of justice served by the granting of the continuance outweigh the interests of the public and defendant. Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: August 1, 2016

_____
HON. JON S. TIGAR
United States District Judge