STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
(510) 637-3500

Counsel for Defendant JOSEPH ADROW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH ADROW,<br><br>　　　　　Defendant. | No. CR 16-0141 JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING DATE FOR<br>CHANGE OF PLEA;  EXCLUSION OF<br>TIME |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the court date for Joseph Adrow, currently scheduled for September 30, 2016, at 9:30 a.m., may be continued to November 4, 2016, at 9:30 a.m. for change of plea.  The change of plea date in this case has already been continued once because Mr. Adrow was being assessed for participation in the district's Conviction Alternative Program (CAP) and the results of the clinical assessment of Mr. Adrow had not been received.  That assessment has since been received and United States Pretrial Services Officer Carole Mendoza is completing the final CAP assessment which is more intensive and time consuming.  She requested that the Court date be continued by one or two weeks however the first date available for the Court is November 4, 2016.

*U S v. Joseph Adrow,* CR 16-00141 JST;
Stip re COP Date; Time exclusion　　　　　　　- 1 -

IT IS FURTHER STIPULATED THAT the time from September 30, 2016, to November 4, 2016, be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for effective preparation so that the final CAP assessment be completed and evaluated by the parties before the change of plea.

DATED: 9/20/16        /s/  
JOYCE LEAVITT  
Assistant Federal Public Defender

DATED: 9/20/16        /s/  
ZINZI BONILLA  
Special Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date scheduled for September 30, 2016, is hereby continued to November 4, 2016, at 9:30 a.m. for change of plea.

IT IS FURTHER ORDERED THAT the time from September 30, 2016, to November 4, 2016, be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for effective preparation of counsel taking into consideration due diligence so that pretrial services can complete the final CAP assessment prior to the change of plea. The Court finds there is good cause and the ends of justice served by the granting of the continuance outweigh the interests of the public and defendant. Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: September 21, 2016        _____  
HON. JON S. TIGAR  
United States District Judge