1  STEVEN KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  (510) 637-3500

5  Counsel for Defendant JOSEPH ADROW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 16-0141 JST |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING DATE FOR |
| | ) | CHANGE OF PLEA; EXCLUSION OF |
| | ) | TIME |
| JOSEPH ADROW, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the court date for Joseph Adrow, currently scheduled for November 4, 2016, at 9:30 a.m., may be continued to December 2, 2016, at 9:30 a.m. for change of plea.  The reason for the request is that defense counsel will be out of town and unavailable on November 4, 2016 and December 2, 2016 is the first available date which works for both parties.  The change of plea date was previously continued on two occasions, each time after consulting United States Pretrial Services, so that Mr. Adrow could be assessed for the district's Conviction Alternative Program (CAP), and then so that a final CAP assessment could be prepared.  The parties do not anticipate further continuances.

IT IS FURTHER STIPULATED THAT the time from November 4, 2016, to December 2,

2016, be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for continuity of counsel and effective preparation so that counsel can be present and the final CAP assessment be prepared and evaluated prior to the change of plea.

DATED: 10/07/16                         /s/_____
                                        JOYCE LEAVITT
                                        Assistant Federal Public Defender

DATED: 10/07/16                         /s/_____
                                        ZINZI BONILLA
                                        Special Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the court date scheduled for November 4, 2016, is hereby continued to December 2, 2016, at 9:30 a.m. for change of plea.

IT IS FURTHER ORDERED THAT the time from November 4, 2016, to December 2, 2016, be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for continuity of counsel and effective preparation of counsel taking into consideration due diligence so that defense counsel can be present and the final CAP assessment be prepared and evaluated prior to the change of plea. The Court finds that there is good cause and the ends of justice served by the granting of the continuance outweigh the interests of the public and defendant. Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: October 11, 2016                 _____
                                        HON. JON S. TIGAR
                                        United States District Judge

*U S v. Joseph Adrow,* CR 16-00141 JST;
Stip re COP Date; Time exclusion                - 2 -