STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94607
Telephone: (510) 637-3500
joyce_leavitt@fd.org

Counsel for Defendant ADROW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH ADROW <br><br> Defendant. | No. CR 16-00141 JST <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

## STIPULATION

The parties hereby stipulate that the conditions of pretrial release for Mr. Joseph Adrow may be modified to allow Mr. Adrow to leave his residence on October 31, 2016, from 10:00 a.m. until 10:00 p.m. so that he can attend counseling and then travel to San Francisco, California to visit with his children on Halloween and also go trick-or-treating with them with the approval of his United States Pretrial Services officer. His surety and custodian, Jennifer Leasiolagi, plans to go with Mr. Adrow to San Francisco and accompany him to visit his children and also take them trick-or-treating. His children are ages 14, 12 and 10 years old.

United States Pretrial Services officer Kalisi Kupu is aware of this request and has no objection so long as Mr. Adrow provides her with the address he will be visiting and complies with the curfew

set by the pretrial services officer.  All other conditions of pretrial release remain the same.

Date:   10/27/16          _____/s/_____
                          JOYCE LEAVITT
                          Assistant Federal Public Defender


Date:   10/27/16          _____/s/_____
                          ZINZI BONILLA
                          Special Assistant United States Attorney


    I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

**ORDER**

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Mr. Joseph Adrow may be modified to allow Mr. Adrow to leave his residence on October 31, 2016, from 10:00 a.m until 10:00 p.m. so that he can attend counseling and then travel to San Francisco, California to visit his children on Halloween and also go trick-or-treating with them with the approval of United States Pretrial Services officer Kalisi Kupu.  Mr. Adrow shall provide his pretrial services officer with the address where he will be visiting and comply with the 10:00 a.m. to 10:00 p.m. curfew set by his pretrial services officer unless it is otherwise modified by her.  All other conditions of pretrial release shall remain the same.

    IT IS SO ORDERED.


Date:  October 27 , 2016          _____
                                  IT IS SO ORDERED
                                  Judge Jon S. Tigar
                                  UNITED STATES DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA

*U.S. v. Adrow* CR 16-00141 JST; Stip & Order
RE: Modify Terms of Pretrial Release