STEVEN KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
(510) 637-3500

Counsel for Defendant JOSEPH ADROW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 16-0141 JST |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING DATE FOR |
| | ) | CHANGE OF PLEA; EXCLUSION OF |
| | ) | TIME |
| JOSEPH ADROW, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea for Joseph Adrow, currently scheduled for December 2, 2016, at 9:30 a.m., may be continued to December 16, 2016, at 9:30 a.m.  Mr. Adrow was assessed by United States Pretrial Services for the district's Conviction Alternative Program (CAP) and the parties continued the change of plea date while waiting for the final CAP assessment.  This assessment was finally provided to the parties late Thursday, November 17, 2016 but defense counsel was unable to finalize discussions and meet with her client during the intervening Thanksgiving holiday.  The parties intend to finalize negotiations and defense counsel to meet with her client by the end of this week. A continuance will allow the parties to provide the Court with a final agreement or application to plead guilty as necessary.

*U S v. Joseph Adrow,* CR 16-00141 JST;
Stip re COP Date; Time exclusion          - 1 -

1    IT IS FURTHER STIPULATED THAT the time to December 16, 2016, be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for effective preparation so counsel can review materials with her client and inform the Court prior to the plea.

DATED: 11/28/16        /s/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 11/28/16        /s/
ZINZI BONILLA
Special Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea scheduled for December 2, 2016, is hereby continued to December 16, 2016, at 9:30 a.m. for change of plea.

IT IS FURTHER ORDERED THAT the time to December 16, 2016, be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv) for effective preparation of counsel taking into consideration due diligence so that defense counsel can review the assessment and any plea offers with her client and provide all necessary materials to the Court prior to the change of plea.  The Court finds that there is good cause and the ends of justice served by the granting of the continuance outweigh the interests of the public and defendant.  Failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: November 29, 2016        _____
HON. JON S. TIGAR
United States District Judge