1  STEVEN G. KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: joyce_leavitt@fd.org

6  Counsel for Defendant
   JOSEPH ADROW

7                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                          OAKLAND DIVISION

9

10 | UNITED STATES OF AMERICA, | CR 16-0141 JST |
   |---|---|
11 | Plaintiff, | Stipulation and [Proposed] Order Modifying Briefing Schedule for Request to Remain Out of Custody Post-Plea Pursuant to 18 U.S.C. Sections 3143 and 3145 (c) |
   | v. | |
12 | JOSEPH ADROW, | |
13 | Defendant. | |

14                        **STIPULATION**

15     IT IS HEREBY STIPULATED, by and between the parties to this action, that the briefing

16 schedule on Mr. Adrow's request to remain out of custody post-plea may be modified (to enable

17 Mr. Adrow to complete his investigation and compilation of records to be presented to the Court in

18 support of the request) as follows:

19     Defendant's opening brief (previously due 1/20/17) may be filed on January 27, 2017;

20     Government's response (previously due 1/27/17) may be filed on February 3, 2017;

21     Defendant's reply brief (previously due 2/3/17) may be filed by February 10, 2017;

22     The parties further stipulate that the hearing will remain on Friday, February 17, 2017, at

23 9:30 a.m., in Oakland, CA, before the Honorable Judge Jon S. Tigar, as previously scheduled.

24

25 *US v. Adrow*, CR 16-00141 JST
   Stip. & Order Modifying Briefing Schedule
                          1

There is no need to further exclude time under the Speedy Trial Act because at the last court appearance on December 16, 2016, the Court excluded time through February 17, 2017, based upon Mr. Adrow's pending motion. *See* 18 U.S.C. section 3161(h)(1)(I).

DATED: January 19, 2017             /S/
                                    JOYCE LEAVITT
                                    Assistant Federal Public Defender

DATED: January 19, 2017             /S/
                                    ZINZI BONILLA
                                    Special Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the briefing schedule on Mr. Adrow's request to remain out of custody post-plea is modified as follows:

Defendant's opening brief may be filed no later than January 27, 2017;

Government's response may be filed no later than February 3, 2017;

Defendant's reply brief may be filed no later than February 10, 2017;

The hearing will remain on Friday, February 17, 2017, at 9:30 a.m., in Oakland, CA, before the Honorable Judge Jon S. Tigar, as previously scheduled.

IT IS SO ORDERED.

DATED: January 19, 2017             _____
                                    HON. JON S. TIGAR
                                    United States District Judge