1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ZINZI BONILLA (TXBN 24066521)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       Facsimile:  (510) 637-3724
        E-Mail: zinzi.bonilla@usdoj.gov
8
   Attorneys for the United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,           )  CASE NO. CR 16-00141 JST
14                                     )
              Plaintiff,               )
15                                     )
        v.                             )  **STIPULATION AND [PROPOSED] ORDER
16                                     )  CONTINUING DATE FOR FURTHER
   JOSEPH EARL ADROW,                  )  HEARING; EXCLUSION OF TIME**
17                                     )
              Defendant.               )
18                                     )
                                       )
19

20      It is hereby stipulated that the status hearing for Joseph Earl Adrow, currently scheduled for

21 March 17, 2017, at 9:30 a.m., may be continued to March 23, 2017, at 9:30 a.m. in Courtroom 9, 19th

22 Floor, San Francisco.

23      The reason for the request is that the government will be out of the office and unavailable on

24 March 17, 2017 and March 23, 2017 is the first available date for the government, defense counsel, and

25 pretrial services officer Kalisi Kupu.

26      Accordingly, with the agreement of the defense counsel and the defendant, it is further stipulated

27 that the time to March 17, 2017, be excluded in accordance with the Speedy Trial Act, for effective

28 //

STIP & ORDER RE FURTHER HEARING DATE
CASE NO. CR 16-00141 JST

1  preparation and continuity of counsel.  18 U.S.C. §§ 3161(h)(7)(A) & (h)(7)(B)(iv).

2          IT IS SO STIPULATED.

4  DATED: March 2, 2017                              /s/
                                                     JOYCE LEAVITT
5                                                    Counsel for Joseph Earl Adrow

7  DATED: March 2, 2017                              /s/
                                                     ZINZI D. BONILLA
8                                                    Special Assistant United States Attorney

10         IT IS SO ORDERED.

12  DATED:  March 3, 2017
                                                     HON. JON S. TIGAR
13                                                   United States District Judge

STIP & ORDER RE FURTHER HEARING DATE
CASE NO. CR 16-00141 JST